PUBLIC SERVICE ELECTRIC & GAS COMPANY v. JOSEPH H.
RODRIGUEZ, THE PUBLIC ADVOCATE OF THE STATE
OF NEW JERSEY.

November 7, 1984.

Petition for certification granted. (See 195 *N.J.Super.* 252)

ALCO GRAVURE, INC. v. THE KNAPP FOUNDATION.

November 7, 1984.

Petition for certification denied.

STANLEY SIEDLARCZYK v. BOARD OF EDUCATION OF THE
CITY OF GARFIELD, BERGEN COUNTY.

November 7, 1984.

Petition for certification denied.

JAMES DEL MAURO v. PUBLIC EMPLOYEES
RETIREMENT SYSTEM.

November 7, 1984.

Petition for certification denied.